IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DALLAS BUYERS CLUB, LLC,          )
                                  )
                                  )
          Plaintiff,              )
                                  )
                                  )          Case No. 4:14-CV-02217
v.                                )
                                  )
                                  )
DOES 1-25,                        )
                                  )
                                  )
          Defendants.             )

## DECLARATION OF BRANDON BRIDGES

Pursuant to 28 U.S.C. s. 1746, I hereby declare as follows:

1.      My name is Brandon Bridges.  I am competent to make this declaration, have never been convicted of a felony and all the information contained herein is true and correct and within my personal knowledge.

2.      I live with Doe 20 as the "roommate" of Doe 20.  Doe 20 informed me that she received an "ISP Letter" from Comcast on August 27, 2014, notifying Doe 20 that Doe 20 was identified, by the IP Address 76.30.71.115, that was connected with downloading the movie, *The Dallas Buyers Club*, on March 24, 2014, at 02:21:18 AM GMT.

3.      As Doe 20's roommate, I live with her at the address specified in the ISP Letter.  In addition, I have access to Doe 20's computer and have used that computer on a number of occasions for various tasks.  I used Doe 20's computer to download the movie, *The Dallas Buyers Club*, on March 24, 2014, at 02:21:18 AM GMT.  Doe 20 did not download the movie.  I

downloaded the movie at the time and date specified in the ISP Letter.  Doe 20 had no knowledge of my actions in downloading the movie until Doe 20 received the ISP Letter.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Houston, Texas on this 26th day of September, 2014.

Brandon Bridges