```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

DALLAS BUYERS CLUB, LLC,     §
                             §
        Plaintiff,           §
                             §
v.                           §     CIVIL ACTION NO. H-14-2217
                             §
DOES 1-25,                   §
                             §
        Defendants.          §

## ORDER

Defendant Doe 20's Motion to Quash Subpoena (Docket Entry No. 8) is **GRANTED**.

**SIGNED** at Houston, Texas, on this 29th day of October, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE