IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Dallas Buyers Club, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2217 |
| | § | |
| **Does 1-25,** | § | |
| Defendants. | § | |
| | § | |

## O R D E R

In accordance with the Notice of Dismissal filed on November 11, 2014 (docket entry no. 14), all claims of Plaintiff against Doe No. 4, holder of IP address 50.175.133.65, are dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 12th day of November, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE